IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR248 |
| | ) | |
| v. | ) | |
| | ) | |
| PRISCO LOPEZ-DIAZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for new trial or, in the alternative, judgment of acquittal (Filing No. 48). The Court has reviewed the motion and finds it should be denied. Accordingly,

IT IS ORDERED:

1) Defendant's motion for new trial or, in the alternative, judgment of acquittal is denied;

2) All motions to dismiss made at the conclusion of the government's case in chief and at the conclusion of defendant's evidence are denied.

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court